JOHNSON ET UX. *v.* CALIFORNIA.

No. 781.   Decided April 15, 1963.

*Leslie W. Irving* and *Scott D. Kellogg* for appellants.

*Stanley Mosk,* Attorney General of California, *Howard S. Goldin,* Assistant Attorney General, and *N. B. Peek* and *Warren J. Abbott,* Deputy Attorneys General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

KARPEL *v.* CALIFORNIA.

No. 809.   Decided April 15, 1963.

*Morris Lavine* for appellant.

*Roger Arnebergh, Philip E. Grey* and *Wm. E. Doran* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.